CLARK *v*. THE STATE.

APPEAL from the Decatur Circuit Court.

WORDEN, J.—This was an indictment for retailing without license. The judgment must be reversed, for the reason stated in another case between the same parties decided at the present term, *ante*, p. 436, the indictment being defective in the same particular.

The judgment is reversed, and the cause remanded, with instructions to quash the indictment

*C. & J. K. Ewing*, for appellant.

*B. W. Hanna*, Attorney General, and *A. B. Campbell*, for the State.